IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BURNS, MORRIS & STEWART LIMITED PARTNERSHIP, | § § § | |
| *Plaintiff*, | § § | Civil Action No. 9:04-CV-168 |
| v. | § § | JUDGE RON CLARK |
| MASONITE INTERNATIONAL CORP., et al. | § § § § | |
| *Defendant*. | | |

## ORDER GRANTING IN PART AGREED MOTION AND ORDER SETTING DATES FOR FILING DISPOSITIVE MOTIONS AND FOR CONTINUING DISCOVERY

Before the court is an Agreed Motion and Order Setting Dates for Filing Dispositive Motions and For Continuing Discovery [Doc. #43]. The court finds the motion meritorious and hereby grants the motion in part. Once a ruling is issued on the cross-motions for summary judgment, the court will conduct a conference call regarding the remaining discovery, if any.

The following deadlines are approved by the court:

1. File Dispositive Motions - December 22, 2005;

2. File Opposition Memoranda - January 12, 2006; and

3. File Reply Memoranda - January 19, 2006.

IT IS THEREFORE ORDERED that the Agreed Motion and Order Setting Dates for Filing Dispositive Motions and For Continuing Discovery **[Doc. #43]** is **GRANTED in part**.

So **ORDERED** and **SIGNED** this **7** day of **December, 2005.**

_____
Ron Clark, United States District Judge